CHARLES SCHWARTZ, Respondent, v. THE MADISON, INCORPORATED, Appellant. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

SIALKOT IMPORTING CORPORATION, Appellant, v. JOHN R. VADRA et al., Defendants, and NORMAN BERLIN et al., Defendants-Respondents.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

LAWRENCE M. CRANER, Appellant, v. JOHN A. PATTERSON TRUCKING CORPORATION, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

PROKOP OMELAN, as Administrator of the Estate of ANASTASIA OMELAN, Deceased, Respondent, v. JACOB NAHIRNY, Appellant.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ROBERT MAYER, as President of Local Union No. 2090 of United Brotherhood of Carpenters & Joiners of America, et al., Appellants, v. WILLIAM L. HUTCHESON, as General President of United Brotherhood of Carpenters & Joiners of America, et al., Defendants. LOUIS F. SEMON et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of JOSEPH LEVINE, Judgment Creditor, Respondent, v. LAURDAN MANAGEMENT CORPORATION, Judgment Debtor, and ALICE GERZOG, Judgment Debtor, Appellant.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ. [179 Misc. 241, 180 Misc. 672.]

WILLIAM JACKSON, Appellant, v. CITY OF NEW YORK, Respondent.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ERNEST FREUND, Appellant, v. LAENDERBANK WIEN AKTIENGESELLSCHAFT, Respondent.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MICHAEL MARTOCCI et al., Appellants, v. JOHN MARTOCCI, Respondent, et al., Defendants.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of FRANCIS J. GREENE, Respondent, against HARRY W. MARSH et al., as Members of the Municipal Civil Service Commission of the City of New York, Appellants.— No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

SOUTHERN MUSIC PUBLISHING COMPANY, INC., Respondent, v. EDWARD B. MARKS MUSIC CORPORATION, Appellant.— No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.